CENTRAL OF GEORGIA RAILWAY COMPANY *v.* PHILLIPS.

BECK, P. J. The facts in this case are sufficiently shown in the opinion of the Court of Appeals and the statement of facts accompanying the same. 20 *Ga. App.* 668 (93 S. E. 309). After consideration of the issues presented this court is of the opinion that the judgment of the Court of Appeals should be affirmed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and George, J., disqualified.*

No. 529. MAY 15, 1918.

Certiorari; from Court of Appeals (20 *Ga. App.* 668).
*Jordan & Lane,* for plaintiff in error.　*R. L. Berner,* contra.